IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIFESTYLE TEXAS MANAGEMENT SERVICES, LLC, LIFESTYLE TEXAS MEDICAL MANAGEMENT, LLC and CHRISTOPHER SMITH<br>　　　　Plaintiffs | § § § § § § | |
| v. | § § | Civil Action No. 4:19-cv-2201 |
| AVENTUS HEALTH, LLC, AVENTUS OUTREACH, LLC, AVENTUS ENTERPRISE, LLC, AVENTUS BILLING, LLC, AVENTUS BIO LABS, INC., ABL MEDICAL CARE, INC., MEDCI, LLC, AVENTUS TECHNOLOGIES, LLC, NAGI YOUSSEF, OLIVER DAWOUD, and TAMER GIRGIS<br>　　　　Defendants | § § § § § § § § § § § § § | JURY DEMANDED |

## ORDER

On this day came on to be considered Plaintiffs' Motion to Dismiss without Prejudice as to All Defendants. After considering the same, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Dismiss without Prejudice as to All Defendants is GRANTED.

SIGNED at Houston, Texas, on this **16th** day of **July**, 2019.

Sim Lake
United States District Judge

1